FILED
JAN 22 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERON N. LYNCH,

   Plaintiff,

 vs.

NAPA STATE HOSPITAL; Unit Supervisor JIM JONES; LINDA CLARK; JEFF BONDS; VIRGINIA CRUZ; KEVIN GOOSBY; and DIRECTOR OF NAPA STATE HOSPITAL,

   Defendants.

No. C 08-5206 PJH (PR)

**ORDER OF DISMISSAL**

   This is a civil rights case filed pro se by a former patient at Napa State Hospital who now is housed at Avenal State Prison. In a screening order the court ordered service on defendants Linda Clark, Jeff Bonds, and Virginia Cruz, who petitioner contended violated his rights when they were employed at Napa State Hospital.

   Styling themselves "nominal defendants," Clark, Bonds, and Cruz have moved to dismiss the case without prejudice for failure of service, or, alternatively, to extend the time for service. They say that the summonses were delivered to administrative staff at Napa State Hospital, but that at the time of service none of the defendants were employed there or to be found there, and that they have not been employed there subsequently. The Attorney General says in the motion that they have not asked him to represent them. In opposition to the motion plaintiff asks that the case not be dismissed, but provides no reason why not and proposes no solution to the problem of how to serve these defendants.

   Although defendants ask in the alternative that time for service be extended, they suggest no way to obtain service upon them, and the court is not aware of any.

1  The time to serve the defendants has expired, and they have not been served.
2  Their motion to dismiss (document number 18 on the docket) is **GRANTED**. This case is
3  **DISMISSED** without prejudice. See Fed. R.Civ.P. 4(m). The clerk shall close the file.
4  **IT IS SO ORDERED.**
5  Dated: 1/22/10

_____
PHYLLIS J. HAMILTON
United States District Judge

28  C:\PRO-SE\PJH\CR.08\LYNCH5206.DSM.wpd

United States District Court
For the Northern District of California