**FILED**

JAN 2 2 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERON N. LYNCH,

          Plaintiff,

  vs.

NAPA STATE HOSPITAL; Unit Supervisor JIM JONES; LINDA CLARK; JEFF BONDS; VIRGINIA CRUZ; KEVIN GOOSBY; and DIRECTOR OF NAPA STATE HOSPITAL,

          Defendants.
_____/

No. C 08-5206 PJH (PR)

**JUDGMENT**

    Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against plaintiff and in favor of defendant.

    **IT IS SO ORDERED.**

Dated: 1/22/10

_____
PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.08\LYNCH5206.JUD.wpd